# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18CR1240-W |
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL** |
| v. | |
| JESUS RAMON NIEBLAS-PINA, | |
| Defendant. | |

Having considered the United States' Motion to Dismiss the Complaint in this case without prejudice pursuant to Fed. R. Crim. P. 48(a), this Court hereby grants the United States leave of court to dismiss the Information in this case. Accordingly, the Complaint is hereby dismissed without prejudice pursuant to Fed. R. Crim. P. 48(a).

**IT IS SO ORDERED.**

Dated: May _18_, 2018

_____
Hon. Thomas J. Whelan
United States District Judge